U.S. DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
OCT - 2 2026
FILED/REC'D
CLERK OF COURT

# ATTACHMENT 1

U.S. DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
2026 OCT -3 A 3:01
OCT - 2 2026
CLERK OF COURT
U.S. DIST
FILED/REC'D
CLERK OF COURT

# COMPLAINT FORM

**(for non-prisoner filers without lawyers)**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE** Western **DISTRICT OF** Wisconsin

---

(Full name of plaintiff(s))

Kelly O'Quinn

vs

(Full name of defendant(s))

U.S. Federal Court

**26-cv-00987-jdp**
Case Number:
State - 2025CF000730
Petition - 253D-840-556-Da8
(to be supplied by clerk of court)

---

A. PARTIES

1. Plaintiff is a citizen of Wisconsin (State) and resides at

4856 Lacy rd Madison, WI, 53711
(Address)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant U.S. Federal Court
(Name)

is (if a person or private corporation) a citizen of Wisconsin
(State, if known)

and (if a person) resides at 120 N Henry St Madison, WI, 53703
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for N/A
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:

1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

my home got raided and I'm trying to get my Property back.

03-20-2025, 4856 Lacy rd Madison, WI 53711

## C. JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $________________.

## D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I would like to receive my Property back.

E. JURY DEMAND

☐ Jury Demand - I want a jury to hear my case

OR

☒ Court Trial – I want a judge to hear my case

Dated this Oct day of 2 20 26.

Respectfully Submitted,

[signature]

Signature of Plaintiff

772-777-5280

Plaintiff's Telephone Number

Koquinn97@gmail.com

Plaintiff's Email Address

4856 Lacy rd Madison, WI 53711

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.